

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Woodridge USA Properties LP,          * From the 104th District
                                        Court of Taylor County,
                                        Trial Court No. 26,158-B.

Vs. No. 11-15-00289-CV                 * July 7, 2016

Todd Stevenson,                        * Per Curiam Memorandum Opinion
                                        (Panel consists of: Wright, C.J.,
                                        Willson, J., and Bailey, J.)

This court has considered the parties' agreed motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.